JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEPULE and<br>MELISSA LEPULE,<br><br>        Plaintiff,<br><br>  v.<br><br>DOWNEY SAVINGS AND LOAN<br>ASSOCIATION, F.A.; FCI<br>LENDER SERVICES, INC.;<br>John E. Bouzane; AND<br>DOES 1-10, et al.,,<br><br>        Defendants. | Case No. EDCV 09-782-VAP<br>(AGRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 4, 2009

                              VIRGINIA A. PHILLIPS
                              United States District Judge